1012

[No. 41661-1-II. Division Two. October 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON ANTHONY BENTON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01626-4, Lisa L. Sutton, J., entered January 11, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Van Deren, JJ.

[No. 27895-6-III. Division Three. October 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER DEAN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00733-3, Annette S. Plese, J., entered February 19, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29035-2-III. Division Three. October 6, 2011.]

STEVEN F. SCHROEDER, *Appellant*, v. PHILLIP J. HABERTHUR, *as Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-2-00054-1, Allen Nielson, J., entered April 14, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 29173-1-III. Division Three. October 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALAN STRENGE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-03797-6, Michael P. Price, J., entered June 3, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.